IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Avalos, Yvette | Case Number: 07 B 21098 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 11/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,800.00 | |
| Secured: | | 118.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,565.56 |
| Trustee Fee: | | 115.64 |
| Other Funds: | | 0.00 |
| Totals: | 1,800.00 | 1,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,060.00 | 1,565.56 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 600.00 | 47.52 |
| 4. | Monterey Financial Services | Secured | 900.00 | 71.28 |
| 5. | Fremont Investment & Loan | Secured | 56,757.97 | 0.00 |
| 6. | Monterey Financial Services | Unsecured | 842.21 | 0.00 |
| 7. | Chicago Central | Unsecured | 95.37 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 314.01 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 900.06 | 0.00 |
| 10. | Armor Systems Co | Unsecured | | No Claim Filed |
| 11. | H & F Law Offices | Unsecured | | No Claim Filed |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | IC System Inc | Unsecured | | No Claim Filed |
| 14. | Torres Credit | Unsecured | | No Claim Filed |
| 15. | IC System Inc | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 19. | Magers & Price | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 63,469.62 | $ 1,684.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 6.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Avalos, Yvette | Case Number: 07 B 21098 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 5/20/08 | Filed: 11/9/07 |

                    6.5%                108.84
                                        _____
                                        $ 115.64

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                  Marilyn O. Marshall, Trustee, by:

